In the Matter of JANET SCOTT, on Behalf of Herself and Others Similarly Situated, Appellant, against THOMAS J. CURRAN, as Secretary of State of the State of New York, Defendant, and THOMAS F. DONOHUE et al., Constituting the Board of Elections of Albany County, Respondents.

Argued October 10, 1950; decided October 12, 1950.

694

*Morris Zuckman* and *Scott Gray* for appellants.

*Walter L. Collins, County Attorney (Evariste G. Lavigne* of counsel), for respondents.

*Robert E. Whalen* for Peter J. Dalessandro and others, *amici curiæ,* in support of respondents' position.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.